# Summary of Plan

Use for Original and Amended Plans

Debtor(s): Parrish, Lillie M.    Case No.    Dated: 7/29/2016

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/Debtor | Total Mos Paid | Total Amt. Paid by Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | 2006 Dodge Stratus | Springleaf Financial | $1,196.00 | | 6.0000% | 1 | 60 | $23.24 | Trustee | 60 | $1,394.26 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | Homestead | Cifinancial | $45,920.44 | | contract | 1 | 60 | $550.06 | Debtor | 60 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.A. | | | | | | | | | Trustee | 1 | $0.00 |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 |
| IV.A. | Attorney Fees | Jimmy L. Veith, PC | | | | | | | Trustee | | $3,160.00 |
| IV.B. | 2013, 2014 & 2015 income taxes | Internal Revenue Service | | | | | | | Trustee | | $8,150.00 |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| Total | | | | | | | | | | | $12,704.26 |

**Class V Executory Contracts:**

There are no other executory contracts.

| Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | Paid By | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|
| 60 | 60 | 1 | 50 | $520.00 | Debtor | 50 | $26,000.00 |
| | | 51 | 60 | $986.00 | Debtor | 10 | $9,860.00 |
| | | | | | Debtor | 1 | $0.00 |
| | | | | | Debtor | 1 | $0.00 |

| | |
|---|---|
| TOTAL AMOUNT PAID INTO PLAN | $35,860.00 |
| Trustee Fee (10%) | $3,586.00 |
| Total paid to Class I, II, III, IV.A and IV.B. creditors above | $12,704.26 |
| Amount to be paid to Class IV.C. Unsecured Claims: | $19,569.00 |
| Amount by which plan is not feasible (If positive then plan is feasible). | $0.74 |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

**ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Monthly Net Disposable Income: (Form 22C, L. 59) | $685.35 |
| Disposable Income to Unsecured Creditors Amount (DITUC): | $41,121.00 |
| Amount available to all Creditors under Chapter 7: | $24.33 |
| Total Priority Claims: | $8,150.00 |
| Chapter 7 Test Amount: | $0.00 |
| Greater of Below Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Greater of Above Median DITUC or Chapter 7 Test Amount: | $41,121.00 |
| Amount proposed to Pay to Class IV.C. Claims (In Re Lanning): | $19,569.00 |
| (Must be more than Greater of DITUC or CH 7 Test) | |
| Amount to Class IV.C. Claims: | $19,569.00 |

**Estimated Payment to Unsecured Creditors:**

| | |
|---|---|
| Class IV.C. Claims per Sch. F | $32,129 |
| Claims Relegated to Class IV.C. | $6,524 |
| Total Class IV.C. (Non-Priority Unsecured) Claims | $38,653 |
| Required Amount to Class IV.C. Claims | $19,569.00 |
| Estimated Percentage to Class IV.C. Claims: | 50.63% |

**BELOW MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Amount paid in months 1 to 36 by Debtor: | $4,916.00 |
| Less Trustee Fee: | $491.60 |
| Less payments to Creditors: | $12,704.26 |
| Net to Class IV.C Claims: | $0.00 |

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| $465.73 | Vanguard |
| | |
| | |
| | |

**Comments:**
The means test does not accurately reflect the Debtor's future income, so the disposable income is determined by schedules I and J pursuant to In re Lanning, 129 S.Ct. 2820 (2009). The income for the previous 6 months is not an indication what she will receive in the future because, because the Debtor sold vacation time in the previous six months and no longer receives a shift differential pay or overtime.

Form SP Post-Act 07012011(for Plan form 07-01-2011)

As attorney for the Debtor(s) by filing this Summary of Plan I attest that I have reviewed the Summary of Plan and the claims filed to the date stated above and have provided for said claims.